AO 91 (Rev 8/01) Criminal Complaint

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |
McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Diego Pu-Morales

**CRIMINAL COMPLAINT**

Case Number: M-18-2618-M

IAE  YOB: 1983
Guatemala
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **December 20, 2018** in **Hidalgo** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Guatemala in pursuance of law, and thereafter was found near Mission, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Diego Pu-Morales was encountered by Border Patrol Agents near Mission, Texas on December 20, 2018. The investigating Agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on December 19, 2018, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on December 19, 2014 through El Paso, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On December 03, 2014, the Defendant was convicted of 8 USC 1326 (Re-Entry of a Removed Alien) and was sentenced to forty (40) days confinement.

Continued on the attached sheet and made a part of this complaint: ☐ Yes  ☒ No

Approved by Robert Guerra AUSA

Sworn to before me and subscribed in my presence,

December 21, 2018 - 8:48 am

Signature of Complainant
Mickel Gonzalez       Senior Patrol Agent

Juan F. Alanis, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer